IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:24-CV-00158-KDB-SCR

| | |
|---|---|
| FCA US LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** |
| RMCDJR, LLC, | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Mark T. Clouatre and Scott Armstrong]" (Doc. Nos. 7&8) filed July 3, 2024. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: July 3, 2024

Susan C. Rodriguez
United States Magistrate Judge